1  Kent Khtikian, Esq.  (State Bar # 99843)
   Kimberly A. Hancock, Esq. (State Bar # 205567)
2  Katzenbach and Khtikian
   1714 Stockton Street, Suite 300
3  San Francisco, California  94133-2930
   (415) 834-1778
4
   Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE HOD CARRIERS LOCALS NOS. 36 AND 291 CONSOLIDATED PENSION FUND; TRUSTEES OF THE BAY AREA HOD CARRIERS WELFARE TRUST FUND; and HOD CARRIERS LOCAL UNION NO. 36,<br><br>    Plaintiffs,<br><br>vs.<br><br>H.L. HEGGSTAD, INC., a California corporation; FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington corporation; LNR-LENNAR BRANNAN STREET, LLC, a California limited liability company.<br><br>    Defendants. | CASE NO. C 04-5482 MHP<br><br>NOTICE OF VOLUNTARY DISMISSAL<br>[FRCP 41(a)(1)] |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: May 20, 2005            /s/ Kimberly A. Hancock
                                  KIMBERLY A. HANCOCK
                                  Attorney for Plaintiffs

[Seal: United States District Court, Northern District of California, Judge Marilyn H. Patel]